JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO FALCON, et al., | ) Case No. SACV 17-01534-JLS(JCGx) <br> ) <br> ) ORDER STAYING ACTION PENDING FINAL <br> ) SETTLEMENT, REMOVING CASE FROM <br> ) ACTIVE CASELOAD, AND FILING OF <br> ) DISMISSAL |
| Plaintiff, | |
| v. | |
| OLD CROW SMOKEHOUSE HB, LLC. | ) |
| Defendant(s). | ) |

On November 6, 2017, Plaintiffs filed a Notice of Settlement (doc. 16), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

///

1 | The parties shall file a Stipulation of Dismissal no later than
2 | December 6, 2017. If no dismissal is filed, the Court deems the
3 | matter dismissed at that time.
4 | The Court retains full jurisdiction over this action and this
5 | order shall not prejudice any party in the action.
6 | The Order to Show Cause issued November 6, 2017 is ordered
7 | discharged.

IT IS SO ORDERED.

DATED: November 06, 2017

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE